# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

May 24, 2001

**Before**

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| No. 00-3020 | Appeal from the United States District Court for the Western District of Wisconsin. |
| JAMES KERSTING,<br>　　　　　　*Plaintiff-Appellant*,<br>　　*v.* | No. 99 C 0785 |
| WAL-MART STORES, INC., #6025, a/k/a<br>WAL-MART DISTRIBUTION CENTER<br>and WAL-MART STORES, INC.,<br>　　　　　　*Defendant-Appellee*. | Stephen Crocker, *Magistrate Judge*. |

**ORDER**

The Opinion of this court issued on May 18, 2001 should be amended as follows:

Page 8, second paragraph, line 2, "material" should be changed
to "materially."